FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___1__/_13_,_00___
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

MASSOUD ARBABZADEH                    CIVIL ACTION NO. 99-2338

VERSUS                                JUDGE WALTER

LSU HEALTH SCIENCE CENTER,            MAGISTRATE JUDGE PAYNE
et al

## EXHIBIT LIST

The following exhibits were admitted into evidence during the
hearing on plaintiff's motion for preliminary injunction held
1/13/00:

**PLAINTIFF'S EXHIBITS:**

1    House Staff Manual

**DEFENDANTS' EXHIBITS:**

1    Letter dated 12/21/99 from Dr. Roy Clay to John Bobear,
     Louisiana State Board of Medical Examiners

2    Letter dated 12/15/99 from Dr. Roy Clay to Fred Valinte,
     Director ECFMG, Exchange Visitor Sponsorship

3    Letter dated 8/5/99 from M. Hardjasudarma to Dr. Arbabzadeh
     containing a summary of evaluation

4    Letter dated 12/20/99 from Plaintiff to Dr. Clay

