U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 2 4 2000

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MASSOUD ARBABZADEH, M.D. | CASE NO: 99-2338 S |
| VERSUS | JUDGE WALTER |
| ROY G. CLAY, JR., M.D. Associate Dean for Clinical Affairs and Medical Director of LSUHSC-S in official and individual capacity, | MAGISTRATE JUDGE PAYNE |
| AND | |
| HORACIO R. D'AGOSTINO, M.D., Chairman of Department of Radiology of LSUHSC-S in official and individual capacity | |

### JUDGMENT ORDERING ISSUANCE OF PERMANENT INJUNCTION

And now, this cause having come for hearing on January 13, 2000 upon verified complaint, answer and proofs, and the cause having been argued by counsel for the parties, evidence adduced, and maturely considered by the Court, upon motion of F. Michael Carmody, Attorney for plaintiff, MASSOUD ARBABZADEH, it is hereby ORDERED, ADJUDGED AND DECREED by the Court as follows:

1. Plaintiff's resignation was not given freely and is withdrawn;

2. Plaintiff has a property interest in his continuing employment and status as a resident;



3. Plaintiff was not afforded adequate due process;

4. LSUHSC shall have three weeks to afford plaintiff due process pursuant to the request of defendants for additional time in order to accommodate defendant, Horacio D'Agostino's schedule, and the agreement of the plaintiff to such extension.

Thus done and signed this 24 day of January, 2000.

*[signature]*
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

DAVIS, FLANAGAN & CARMODY
Attorneys and Counsellors at Law
Fourteenth Floor Slattery Building
509 Marshall Street, Suite 1400
Shreveport, Louisiana 71101-3575
(318) 221-0607

BY: *[signature]*
F. MICHAEL CARMODY
Bar Roll No. 20509

JUDGMENT ENTERED
1-25-00
BY Shannon McArnis
COPY Carmody
     Perenas
     Peak