```
                                              U.S. DISTRICT COURT
                                           WESTERN DISTRICT OF LOUISIANA
                                                     FILED

 1              UNITED STATES DISTRICT COURT    MAR 1 0 2000
                WESTERN DISTRICT OF LOUISIANA
 2                  SHREVEPORT DIVISION       ROBERT H. SHEMWELL, CLERK
                                              BY_____
                                                              DEPUTY
 3
     MASSOUD ARBABZADEH, M.D.      .    CIVIL DOCKET
 4                                 .    No. 99-2338
              V.                   .
 5                                 .    January 13, 2000
     L.S.U. HEALTH SCIENCE CENTER  .    2:00 p.m.
 6                                 .    Shreveport, Louisiana
     . . . . . . . . . . . . .
 7

 8

 9
              Transcript of the testimony of Massoud Arbabzadeh, given
10   in the Preliminary Injunction Hearing held before the
     Honorable Donald E. Walter, United States District Judge.
11

12

13   APPEARANCES:

14   FOR THE PLAINTIFF:    Mr. F. Michael Carmody
                           Davis, Flanagan & Carmody
15                         509 Marshall Street, Suite 1400
                           Shreveport, Louisiana   71101-3575
16
     FOR THE DEFENDANT:    Mr. Jerald Lee Perlman
17                         Office of Louisiana Attorney General
                           330 Marshal Street, Suite 777
18                         Shreveport, Louisiana   71101

19                         Mr. Thomas R. Peak
                           Taylor, Porter, Brooks & Phillips
20                         Post Office Drawer 2471
                           Baton Rouge, Louisiana   70821
21

22   Court Reporter:       Marie Moran Runyon, RMR, CRR
                           Federal Official Court Reporter
23                         300 Fannin Street, Room 4212
                           Shreveport, Louisiana   71101
24                         Phone:   (318) 222-9203

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.
```

