UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
AUG 2 0 2003
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | |
|---|---|
| MASSOUD ARBABZADEH | CIVIL ACTION NO. 99-2338 |
| VERSUS | JUDGE WALTER |
| LSU HEATH SCIENCE CENTER, et al | MAGISTRATE JUDGE PAYNE |

### CERTIFICATE TO DESTROY EXHIBITS

This is to certify that all appellate delays have expired herein, and the following exhibits have not been claimed by the attorney of record who introduced same at trial, as set forth in LR 79.3 of this Court, they are now eligible for destruction:

| EXHIBITS | EXHIBIT DESCRIPTION |
|---|---|
| DEFENDANTS' EXHIBITS | See attached exhibit list |

**NOTE: All Exhibits are photocopies**

_____8/11/03_____          _____
      Date                       Courtroom Deputy

Destruction of the above listed exhibits in the captioned case is approved.

_____8/18/03_____          _____
      Date                       Chief Deputy

I hereby certify that the above listed exhibits were destroyed on __8/20/03__.

_____8/20/03_____          _____
      Date                       Courtroom Deputy



FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1/13/00
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MASSOUD ARBABZADEH | CIVIL ACTION NO. 99-2338 |
| VERSUS | JUDGE WALTER |
| LSU HEALTH SCIENCE CENTER, et al | MAGISTRATE JUDGE PAYNE |

## EXHIBIT LIST

The following exhibits were admitted into evidence during the hearing on plaintiff's motion for preliminary injunction held 1/13/00:

**PLAINTIFF'S EXHIBITS:**

1   House Staff Manual - RTND TO counsel 8/11/03

**DEFENDANTS' EXHIBITS:**

1   Letter dated 12/21/99 from Dr. Roy Clay to John Bobear, Louisiana State Board of Medical Examiners

2   Letter dated 12/15/99 from Dr. Roy Clay to Fred Valinte, Director ECFMG, Exchange Visitor Sponsorship

3   Letter dated 8/5/99 from M. Hardjasudarma to Dr. Arbabzadeh containing a summary of evaluation

4   Letter dated 12/20/99 from Plaintiff to Dr. Clay